Date: 07/01/2010

# VOUCHER FOR CLERK OF COURT FOR TURNOVER CLAIMS IN CLOSED CASES

Case # : 06-30062

Debtors: NIQUAE SEAN HARRIS
10990 PRINCETON VILLAGE DRIVE
CHARLOTTE, NC 28277

Account Number: 000702127114162961

Creditor Information: HSBC RETAIL SERVICES/BEST BUY  PO BOX 5244  CAROL STREAM  IL  60197

Amount of Turnover: $1.588.00          94-Dsb Ck-Crdtr Prin
Amount of Turnover: $184.34            95-Dsb Ck-Crdtr Int

**Total Turnover Amount: $1,772.34**